UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

TERRI STEFFEN,

    Debtor.
_____/

v.                                                                 CASE NO: 8:09-cv-1953-T-26

TERRI L. STEFFEN

    Appellant,

v.

DOUGLAS N. MENCHISE,

    Appellee.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that Appellant's Motion to Proceed on Appeal In Forma Pauperis (Dkt. 5) is denied without prejudice. In renewing her motion, Appellant shall provide a copy of the order from the Bankruptcy Court denying her motion to proceed in forma pauperis.

**DONE AND ORDERED** at Tampa, Florida, on October 8, 2009.

                                                     s/*Richard A. Lazzara*
                                                     **RICHARD A. LAZZARA**
                                                     **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record