UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

TERRI L. STEFFEN,

    Debtor.
_____/

TERRI L. STEFFEN and DAVID HAMMER,

    Appellants,

v.                                                CASE NO: 8:09-cv-1953-T-26

DOUGLAS N. MENCHISE, STEVEN M. BERMAN,
JENAY IURATO, SETH TRAUB, and
SHUMAKER LOOP & KENDRICK, LLP,

    Appellees.
_____/

## O R D E R

    Appellants have filed a notice of appeal with regard to this Court's order affirming the Bankruptcy Court. In light of that fact, and in order to preserve judicial resources, the Court will defer ruling on Appellees' Renewed Motion for Appellate Attorney Fees and Costs (Dkt. 41) and terminate that motion from pending status until the Eleventh Circuit Court of Appeals has resolved the appeal. In the event the Eleventh Circuit affirms this Court's order, Appellees may file a motion to reinstate the renewed motion for fees and costs to pending status after issuance of the mandate.

    **DONE AND ORDERED** at Tampa, Florida, on February 23, 2010.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record