UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

TERRI L. STEFFEN,

    Debtor.
_____/

TERRI L. STEFFEN,

    Appellant,

v.                                                     CASE NO: 8:09-cv-1953-T-RAL

STEVEN M. BERMAN, SETH P. TRAUB,
JENAY E. IURATO, DOUGLAS N. MENCHISE,
and SHUMAKER, LOOP & KENDRICK, LLP,

    Appellees.
_____/

**O R D E R**

Upon due consideration of the procedural history of this case as reflected on the Court's docket, which reflects at docket 49 that the Eleventh Circuit Court of Appeals dismissed Appellants' appeal on May 14, 2010, for want of prosecution,[1] it is ordered and adjudged that Appellees' Motion to Reinstate Appellees' Renewed Motion for Appellate Attorney Fees and

---

[1] The Court checked the Eleventh Circuit's docket in this case and determined that as of the date of the entry of this order Appellants have not filed a motion to reinstate the appeal.

Costs (Dkt. 50) is granted. The Clerk will restore to pending status the Renewed Motion for Appellate Attorney Fees and Costs filed at docket 41.

**DONE AND ORDERED** at Tampa, Florida, on May 28, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record